1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No.  1:14-cv-02028-MCE-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON** |
| vs. | |
| HARRY MAZGEDIAN, Trustee of the HARRY MAZGEDIAN 1991 LIVING TRUST dated 12/31/91, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Harry Mazgedian, Trustee of the Harry Mazgedian 1991 Living Trust dated 12/31/91; and Young & Bryant, Inc. dba T-Shirt Outlet, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: March 13, 2015                    MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Jose Escobedo

Date: March 16, 2015                    WILD, CARTER & TIPTON


                                        /s/ Patrick J. Gorman
                                        Patrick J. Gorman
                                        Attorneys for Defendants
                                        Harry Mazgedian, Trustee of the Harry Mazgedian
                                        1991 Living Trust dated 12/31/91; and Young &
                                        Bryant, Inc. dba T-Shirt Outlet

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

**Dated: March 19, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT